Mary Simon, *Appellant, v.* Wilhelmina F. Schmidt, *Respondent.* — Judgment affirmed, with costs and with leave to the appel-

lant to amend on the usual terms, without prejudice to a proper action to redeem.